# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

15 JAN 20 PM 3:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ acc DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SALVADOR OCHOA TORREZ (1),

        Defendant.

CASE NO. 14CR2667-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:
21:952,960;18:2 - Importation of Methamphetamine; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 20, 2015

William Q. Hayes
U.S. District Judge