**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
                                        FILED
                                    15 JAN 20 PM 3:34

                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                            acc
                                                DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SALVADOR OCHOA TORREZ (1),<br><br>　　　　　Defendant. | CASE NO. 14CR2667-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

____ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

____ 　a jury has been waived, and the Court has found the defendant not guilty; or

____ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Information:
　　　21:952,960;18:2 - Importation of Methamphetamine; Aiding and Abetting

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 20, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　William Q. Hayes
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge